

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00656-CV

**IN RE FAMILY DOLLAR STORES OF TEXAS, LLC,**
A Texas Limited Liability Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On September 22, 2014, this court issued an order granting a temporary stay of the October 6, 2014 trial setting in the underlying case and requesting a response to the petition for writ of mandamus. The same day, the real party in interest filed a motion to reconsider the order and an initial response to the petition.

The court has considered the real party in interest's motion to reconsider and it is DENIED. This court's order does not preclude the parties from participating in mediation of the underlying dispute. The real party in interest may file any amended or supplemental response to the petition for writ of mandamus in this court no later than October 6, 2014. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 24th, 2014.        PER CURIAM

ATTESTED TO: _____
                         Keith E. Hottle
                         Clerk of Court

---

[1] This proceeding arises out of Cause No. 391473, styled *2444 Babcock, Ltd., a Texas Limited Partnership v. Family Dollar Stores of Texas, LLC, a Texas Limited Liability Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.